```
                    DISTRICT COURT OF THE VIRGIN ISLANDS
                            DIVISION OF ST. CROIX
```

| | | |
|---|---|---|
| **CERTAIN UNDERWRITERS AT LLOYDS OF LONDON SUBSCRIBING TO POLICY NUMBER CPS200601660 (PREVIOUSLY CPS200601269),** | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil No. 2013–40 |
| v. | ) ) | |
| **JOHNNY LE d/b/a NAILS TIME,** | ) ) | |
| Defendant. | ) ) | |

**ATTORNEYS:**

**Garry E. Garten, Esq.**
Law Office of Garry Garten, Esq.
St. Thomas, VI
    *For the plaintiff*

**Eszart A. Wynter, Esq.**
Law Offices of Eszart A. Wynter
St. Croix, VI
    *For the defendant*

## ORDER

**GÓMEZ, C.J.**

This matter came before the Court for a status conference on July 19, 2013.

The premises considered it is hereby

**ORDERED** that the parties shall adhere to the following schedule:

1. The parties shall disclose information and exchange documents pursuant to Federal Rule of Civil Procedure Rule 26(a)(1) on or before July 26, 2013.

2. All fact discovery, including depositions, shall be completed by August 23, 2013.

3. The parties shall identify any expert witnesses, and produce any expert reports and other information required by Federal Rule of Civil Procedure 26(a)(2) on or before September 6, 2013.

4. All expert discovery shall be completed by September 20, 2013.

5. The parties shall file dispositive motions, motions *in limine*, and all motions to exclude or limit expert testimony not later than September 27, 2013.

6. The parties shall file their joint final pretrial memorandum and proposed jury instructions not later than November 4, 2013.

7. The parties shall file a trial brief or memorandum pursuant to Local Rule 16.1(c) not later than November 13, 2013.

8. The final pretrial conference in this matter shall begin promptly at 9:30 a.m. on November 14, 2013.

9. The trial of this matter is scheduled to begin promptly at 9:30 a.m. on November 18, 2013.

10. The parties are instructed to be familiar with the Court's Policies and procedures, available online at www.vid.uscourts.gov/sites/vid/files/Polices%20and&20Procedures_6-13-13.pdf.

                                                S\_____
                                                  **CURTIS V. GÓMEZ**
                                                    **Chief Judge**

Case: 1:13-cv-00040-CVG-GWC Document #: 18 Filed: 07/19/13 Page 3 of 3